Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NORTH AMERICAN TITLE GROUP, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-01514-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT [ECF No. 1-2]**<br><br>**[FIRST REQUEST]** |

　　　　COMES NOW defendant North American Title Company ("NATC") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

　　　　1.　　On August 14, 2020 BANA filed its complaint in the District Court for Clark County, Nevada;

　　　　2.　　On August 17, 2020 defendant North American Title Insurance Company removed the action to this United States District Court (ECF No. 1);

　　　　3.　　NATC's deadline to respond to BANA's complaint is currently September 15, 2020;



4.  The parties are requesting a one-week extension of NATC's deadline to respond to BANA's complaint, until September 22, 2020, as BANA and NATC are currently in the midst of negotiations that may lead to the dismissal of NATC from the action;

5.  By entering into this stipulation, NATC is not waiving its right to move to dismiss the complaint;

6.  Counsel for BANA does not oppose the requested extension;

7.  This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that NATC's deadline to respond to the complaint is hereby extended through and including September 22, 2020.

Dated: September 15, 2020           SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendant
     NORTH AMERICAN TITLE COMPANY

Dated: September 15, 2020           WRIGHT FINLAY & ZAK, LLP


By:  */s/-Darren T. Brenner*
     DARREN T. BRENNER
     Attorneys for Plaintiff
     BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this 16th day of September, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

