1  Kevin S. Sinclair, State Bar Number 12277
    *ksinclair@sinclairbraun.com*
2  SINCLAIR BRAUN LLP
   16501 Ventura Blvd, Suite 400
3  Encino, California 91436
   Telephone:  (213) 429-6100
4  Facsimile:  (213) 429-6101

5  Attorneys for Defendants
   NORTH AMERICAN TITLE INSURANCE COMPANY and
6  NORTH AMERICAN TITLE COMPANY

7  DESIGNATED LOCAL COUNSEL FOR SERVICE
   PER L.R. IA 11-1(b)
8
   Gary L. Compton, State Bar No. 1652
9  2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:20-cv-01514-RFB-VCF |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CLAIMS AGAINST NORTH AMERICAN TITLE COMPANY** |
| vs. | |
| NORTH AMERICAN TITLE GROUP, INC. et al., | |
| Defendants. | |

Defendants North American Title Insurance Company ("NATIC") and North American Title Company ("NATC"), on the one hand, and plaintiff Bank of America, N.A. ("BANA"), on the other hand, hereby stipulate and agree as follows:

**WHEREAS**, BANA has asserted certain claims in this action relating to a policy of title insurance numbered 45002-07-10648-02 (the "Policy") underwritten by NATIC;

**WHEREAS**, BANA contends that NATC committed acts and/or omissions described in the complaint.  NATIC contends that, NATC, which is registered as a title agent under Nevada law, cannot be independently liable for claims in the alleged acts and/or omissions in the complaint;



1   **WHEREAS**, BANA has asserted claims against NATIC and NATC in this action relating to the issuance of the Policy;

**WHEREAS**, NATIC agrees to assume liability for the claims that BANA has asserted against NATC in BANA's complaint in this action, subject to any and all defenses that NATC may have had to those claims;

**NOW THEREFORE**, BANA, NATIC, and NATC hereby **STIPULATE** and **AGREE** as follows:

1. NATIC shall assume responsibility for any claims that BANA has asserted against NATC in BANA's complaint in this action, subject to any and all defenses that NATC may have had to those claims;

2. NATC is hereby dismissed form this action pursuant to Fed. R. Civ. P. 41(a); and

3. BANA waives any objection to the removal of this action from the Eighth Judicial District Court to the United States District Court.

Dated:  September 16, 2020            SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     NORTH AMERICAN TITLE INSURANCE
     COMPANY and NORTH AMERICAN
     TITLE COMPANY

Dated:  September 16, 2020            WRIGHT, FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
     DARREN T. BRENNER
     Attorneys for Plaintiff
     BANK OF AMERICA, N.A.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of September, 2020.



2
**STIPULATION**