Kevin S. Sinclair, State Bar Number 12277
 ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:20-cv-01514-RFB-VCF |
| Plaintiff, | **STIPULATION TO STAY CASE** |
| vs. | |
| NORTH AMERICAN TITLE GROUP, INC. et al., | |
| Defendants. | |

Defendant North American Title Insurance Company ("NATIC"), on the one hand, and plaintiff Bank of America, N.A. ("BANA"), on the other hand, hereby stipulate and agree as follows:

This is one of many actions pending before the Nevada state and federal courts involving a Lender's alleged entitlement to coverage under a title insurance policy following an HOA foreclosure sale. BANA filed this specific action in Nevada's Eighth District Court on August 16, 2020;

NATIC removed this case to the United States District Court on August 17, 2020. The parties have since engaged with one another about the possibility of settling this and other similarly situated matters involving these specific parties. Due to the number of claims involved,



---

the parties anticipate it may take several months to complete negotiations.  In order to preserve resources during this process, the parties stipulate and agree that this matter should be stayed.

**NOW THEREFORE**, BANA and NATIC hereby **STIPULATE** and **AGREE** as follows:

1.  This action shall be **STAYED**;

2.  The current scheduling order in this action (ECF No. 23) shall be **VACATED**;

3.  Either Party may move to lift this stay at any time.

4.  The Parties shall provide the District Court with a joint status update regarding the status of their settlement negotiations ninety (90) days after entry of the order on this stipulation.

5.  In the event this matter does not settle, the parties will submit a new scheduling order to the Court with new scheduling order deadlines.

Dated:  April 5, 2021                    SINCLAIR BRAUN LLP

                                         By: ___/s/-Kevin S. Sinclair_____
                                             KEVIN S. SINCLAIR
                                             Attorneys for Defendants
                                             NORTH AMERICAN TITLE INSURANCE
                                             COMPANY

Dated:  April 5, 2021                    WRIGHT, FINLAY & ZAK, LLP


                                         By: ___/s/-Darren T. Brenner_____
                                             DARREN T. BRENNER
                                             Attorneys for Plaintiff
                                             BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

    Dated this _12th_ day of _April_____, 2021.

                                         _____
                                         RICHARD F. BOULWARE
                                         UNITED STATES DISTRICT JUDGE

