WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>           Plaintiff,<br>   vs.<br><br>NORTH AMERICAN TITLE GROUP, INC., et al.,<br><br>           Defendants. | Case No.: 2:20-cv-01514-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A ~~PROPOSED~~ DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

This is one of many actions pending before the Nevada state and federal courts involving a lender's alleged entitlement to coverage under a title insurance policy following an HOA foreclosure sale. After the Complaint was filed, BANA and NATIC entered into global settlement negotiations to discuss the resolution of approximately 100 similar title insurance claims, including this case. The Parties stipulated to stay this case to achieve that purpose and on August 21, 2021, this Court entered its Minute Order continuing the stay this case. ECF No. 32. On September 22, 2022, the Parties submitted a Joint Status Report [ECF No. 33], and on September 24, 2022, the Court issued a Minute Order requiring that the Parties to file settlement documents, stipulation for dismissal or joint status report within 60 days. ECF No. 34.

1  The Parties submitted a Joint Status Report on November 22, 2022, wherein the Parties
2  advised that the September 29, 2022 mediation was unsuccessful and that the Parties would
3  submit a joint proposed discovery plan by December 22, 2022. ECF No. 36.  In light of the
4  upcoming holidays, counsel for BANA needs additional time to confer with its client and requests
5  an additional twenty-nine (29) days until January 20, 2023 to file a joint proposed discovery plan.
6  Counsel for NATIC does not oppose the request for an extension. This is the first request for an
7  extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of December, 2022.   DATED this 21st day of December, 2022.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP


*/s/ Lindsay D. Dragon, Esq.*   */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117   Encino, California 91436
*Attorneys for Plaintiff, Bank of America, N.A.*   *Attorneys for Defendant, North American Title Insurance Company*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
            12-22-2022
DATED _____