WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff,<br>   vs.<br><br>NORTH AMERICAN TITLE GROUP, INC., et al.,<br><br>            Defendants. | Case No.: 2:20-cv-01514-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A ~~PROPOSED~~ DISCOVERY PLAN**<br><br>**(Third Request)** |

Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

This is one of many actions pending before the Nevada state and federal courts involving a lender's alleged entitlement to coverage under a title insurance policy following an HOA foreclosure sale. After the Complaint was filed, BANA and NATIC entered into global settlement negotiations to discuss the resolution of approximately 100 similar title insurance claims, including this case. The Parties stipulated to stay this case to achieve that purpose and on August 21, 2021, this Court entered its Minute Order continuing the stay this case. ECF No. 32. On September 22, 2022, the Parties submitted a Joint Status Report [ECF No. 33], and on September 24, 2022, the Court issued a Minute Order requiring that the Parties to file settlement documents, stipulation for dismissal or joint status report within 60 days. ECF No. 34.

The Parties submitted a Joint Status Report on November 22, 2022, wherein the Parties advised that the September 29, 2022 mediation was unsuccessful and that the Parties would submit a joint proposed discovery plan by December 22, 2022. ECF No. 36. The deadline was subsequently extended twice and is currently due February 3, 2022. ECF Nos. 39, 41. While the proposed joint discovery plan has been drafted, the Parties need additional time to review and finalize the terms and are requesting an additional seven (7) days to do so, through and including February 10, 2023.

Counsel for NATIC does not oppose the request for an extension. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Bank of America, N.A.*

DATED this 3rd day of February, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant, North American Title Insurance Company*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-6-2023 _____