1   WRIGHT, FINLAY & ZAK, LLP
    Darren T. Brenner, Esq.
2   Nevada Bar No. 8386
    Lindsay D. Dragon, Esq.
3   Nevada Bar No. 13474
    7785 W. Sahara Ave., Suite 200
4   Las Vegas, NV 89117
    (702) 637-2345; Fax: (702) 946-1345
5   dbrenner@wrightlegal.net
    ldragon@wrightlegal.net
6   *Attorneys for Plaintiff, Bank of America, N.A.*
7

8   **UNITED STATES DISTRICT COURT**
    **DISTRICT OF NEVADA**
9

10  BANK OF AMERICA, N.A.,                 Case No.: 2:20-cv-01514-RFB-VCF

11              Plaintiff,                 **STIPULATION AND ORDER TO**
                                           **EXTEND DEADLINE TO FILE A**
12       vs.                               ~~PROPOSED~~ **DISCOVERY PLAN**

13  NORTH AMERICAN TITLE GROUP, INC.,      **(Fourth Request)**
    et al.,
14
                Defendants.
15

16        Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title

17  Insurance Company ("NATIC"), by and through their respective undersigned counsel, hereby

18  stipulate and agree as follows:

19        This is one of many actions pending before the Nevada state and federal courts involving

20  a lender's alleged entitlement to coverage under a title insurance policy following an HOA

21  foreclosure sale.  After the Complaint was filed, BANA and NATIC entered into global settlement

22  negotiations to discuss the resolution of approximately 100 similar title insurance claims,

23  including this case.  The Parties stipulated to stay this case to achieve that purpose and on August

24  21, 2021, this Court entered its Minute Order continuing the stay this case.  ECF No. 32.  On

25  September 22, 2022, the Parties submitted a Joint Status Report [ECF No. 33], and on September

26  24, 2022, the Court issued a Minute Order requiring that the Parties to file settlement documents,

27  stipulation for dismissal or joint status report within 60 days.  ECF No. 34.

28

1  The Parties submitted a Joint Status Report on November 22, 2022, wherein the Parties
2  advised that the September 29, 2022 mediation was unsuccessful and that the Parties would
3  submit a joint proposed discovery plan by December 22, 2022.  ECF No. 36.  The deadline was
4  subsequently extended three times and is currently due February 10, 2022.  ECF Nos. 39, 41, 45.
5  While the proposed joint discovery plan has been drafted, the Parties need additional time to
6  review and finalize the terms and are requesting an additional seven (7) days to do so, through
7  and including February 17, 2023.

8  Counsel for NATIC does not oppose the request for an extension. This is the fourth request
9  for an extension which is made in good faith and not for purposes of delay.

10  **IT IS SO STIPULATED.**

11  DATED this 10th day of February, 2023.          DATED this 10th day of February, 2023.

12  WRIGHT, FINLAY & ZAK, LLP                        SINCLAIR BRAUN LLP

14  */s/ Lindsay D. Dragon, Esq.*                    */s/ Kevin S. Sinclair, Esq.*
15  Lindsay D. Dragon, Esq.                          Kevin S. Sinclair, Esq.
    Nevada Bar No. 13474                             Nevada Bar No. 12277
16  7785 W. Sahara Ave., Suite 200                   16501 Ventura Blvd, Suite 400
    Las Vegas, Nevada 89117                          Encino, California 91436
17  *Attorneys for Plaintiff, Bank of America,*      *Attorneys for Defendant, North American Title*
18  *N.A.*                                           *Insurance Company*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
                    2-14-2023
DATED _____