WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>             Plaintiff,<br>     vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:20-cv-01514-RFB-VCF<br><br>**STIPULATION AND ORDER FOR LIMITED STAY OF CASE** |

  Plaintiff, Bank of America, N.A. ("Plaintiff") and Defendant, North American Title Insurance Company ("Defendant") (collectively the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

  This matter involves a title insurance coverage claim wherein Plaintiff contends, and Defendant disputes, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance. There are now currently pending in the United States District Court for the District of Nevada and Nevada state courts more than fifty (50) actions between national banks, on the one hand, and title insurers, on the other hand. In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA 2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA 115.2/ALTA 5 endorsements.

  The Parties have conferred and believe a limited ninety (90) day stay is warranted. The Nevada Supreme Court recently heard oral argument on April 11, 2023 in two appeals involving

1  similar coverage issues, *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada Supreme Court
2  Case No. 83737 (District Court Case No. A-18-781257-C) ("*PennyMac*") and *Deutsche Bank*
3  *Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 (District
4  Court Case No. A-20-820307-C) ("*Deutsche Bank*").  The matters have been taken under
5  submission and orders are pending.  The Parties anticipate that the Nevada Supreme Court's
6  decisions in the foregoing appeals may touch upon issues regarding the interpretation of policy
7  and claims handling, that could potentially affect the disposition of the instant action.
8       Accordingly, the Parties believe a stay of ninety (90) days in the instant action will best
9  serve the interests of judicial economy.  The Parties request that the action be stayed for a period
10 of ninety (90) days, through and including, November 27, 2023.  The Parties are to submit a Joint
11 Status Report on or before November 27, 2023.  The Parties further agree that this stipulation and
12 stay of this case is entered based on the specific circumstances surrounding this particular case,
13 and that this stipulation shall not be viewed as a reason for granting a stay in any other pending
14 matter.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   Notwithstanding the foregoing, in order to preserve evidence, the Parties may propound
2 subpoenas duces tecum and deposition subpoenas to third parties while this stay is in effect, and
3 the Parties may enforce subpoenas that the Parties propounded to third parties.

4   **IT IS SO STIPULATED.**

5   DATED this 25th day of August, 2023.                DATED this 25th day of August, 2023.

   WRIGHT, FINLAY & ZAK, LLP                           SINCLAIR BRAUN LLP

   */s/ Lindsay D. Dragon, Esq.*                        */s/ Kevin S. Sinclair, Esq.*
   Lindsay D. Dragon, Esq.                              Kevin S. Sinclair, Esq.
   Nevada Bar No. 13474                                 Nevada Bar No. 12277
   7785 W. Sahara Ave., Suite 200                       16501 Ventura Blvd, Suite 400
   Las Vegas, NV 89117                                  Encino, California 91436
   *Attorneys for Plaintiff, Bank of America,*          *Attorneys for Defendant, North American*
   *N.A.*                                               *Title Insurance Company*

15  **IT IS SO ORDERED.**

   DATED this  28th  day of August, 2023.

   _____
   UNITED STATES DISTRICT COURT JUDGE