WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:20-cv-01514-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| NORTH AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. and Defendant, North American Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed

2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 14th day of December, 2023.          DATED this 14th day of December, 2023.

4
     WRIGHT, FINLAY & ZAK, LLP                       SINCLAIR BRAUN KARGHER LLP
5

6    */s/ Lindsay D. Dragon*                         */s/ Kevin S. Sinclair*
     Lindsay D. Dragon, Esq.                         Kevin S. Sinclair, Esq.
7    Nevada Bar No. 13474                            Nevada Bar No. 12277
     7785 W. Sahara Ave., Suite 200                  15260 Ventura Blvd., Suite 715
8    Las Vegas, NV 89117                             Sherman Oaks, California 91403
     *Attorneys for Plaintiff, Bank of America,*     *Attorneys for Defendant, North American*
9    *N.A.*                                          *Title Insurance Company*

10

11

12          **IT IS SO ORDERED.**

13
            **DATED:** December 18, 2023.
14

15          _____

16          **RICHARD F. BOULWARE, II**
            **UNITED STATES DISTRICT JUDGE**
17

18

19

20

21

22

23

24

25

26

27

28